# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00407-CV

---

**Rock Engineering and Testing Laboratory, Inc., Appellant**

**v.**

**Epsilon Zeta Chapter of Alpha Delta Pi House Corporation, Appellee**

---

**FROM THE 274TH DISTRICT COURT OF HAYS COUNTY,
NO. 21-2684, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate this appeal, requesting that we abate and permit proceedings in the trial court to effectuate the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(c). We grant the motion and abate the appeal. The parties shall submit either a joint status report concerning the status of the settlement or a motion to dismiss on or before January 17, 2023. The appeal will remain abated until further order of this Court.

It is so ordered on November 18, 2022.

Before Chief Justice Byrne, Justices Triana and Smith

Abated and Remanded

Filed: November 18, 2022